IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERNIE DEAN                                                                PLAINTIFF

v.                                    No. 4:05CV01776 GH

MERCK & CO., INC.                                                         DEFENDANT

### **ORDER**

The parties' December 2nd joint motion (#3) to stay all proceedings pending transfer decision by the judicial panel on multidistrict litigation is hereby granted.

IT IS SO ORDERED this 5th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE