A CERTIFIED TRUE COPY

JAN 24 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA    JAN - 6 2006

2006 JAN 25 AM 11:31    FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

LORETTA G. WHYTE
CLERK

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 6 2006

*(SEE ATTACHED SCHEDULE)*

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

*CONDITIONAL TRANSFER ORDER (CTO-38)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,836 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 24 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

FEB -3 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee _____
Process _____
X Dktd _____
CRmDep _____
Doc. No. _____

## SCHEDULE CTO-36 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 1 05-2228 | Thomas Daniel Taylor, et al. v. Merck & Co., Inc. | 06-281 |
| ALN 2 05-2273 | Rodgetta Colvin Jett, etc. v. Merck & Co., Inc. | 06-282 |
| ALN 2 05-2335 | M. Charles Zanaty v. Merck & Co., Inc., et al. | 06-283 |
| **ARKANSAS EASTERN** | | |
| ARE 4 05-1776 | Ernie Dean v. Merck & Co., Inc. | 06-284 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-8119 | Henry Rife Jex, et al. v. Merck & Co., Inc. | 06-285 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-2356 | James Mark Reagle v. Merck & Co., Inc. | 06-286 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 05-4646~~ | ~~Charles Axworthy, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/18/06 | |
| ~~CAN 3 05-4657~~ | ~~Luisa Greer, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/18/06 | |
| CAN 3 05-4757 | Carol Cooke v. Merck & Co., Inc., et al. | 06-287 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 05-2122 | Harold Honea v. Merck & Co., Inc. | 06-288 |
| CAS 3 05-2139 | Richard M. Buford, II v. Merck & Co., Inc., et al. | 06-289 |
| **FLORIDA MIDDLE** | | |
| ~~FLM 3 05-1193~~ | ~~Michael C. Richardson v. Merck & Co., Inc., et al.~~ Opposed 1/18/06 | |
| FLM 5 05-470 | Joseph Dutko v. Merck & Co., Inc., et al. | 06-290 |
| FLM 8 05-2100 | Dan Marshlack v. Merck & Co., Inc. | 06-291 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 05-61743 | Basil Mohabir, et al. v. Merck & Co., Inc. | 06-292 |
| FLS 0 05-61753 | Teresa West v. Merck & Co., Inc. | 06-293 |
| FLS 1 05-22877 | Lily Sabio v. Merck & Co., Inc. | 06-294 |
| FLS 1 05-22900 | Maryse Guekjian v. Merck & Co., Inc. | 06-295 |
| FLS 1 05-22912 | Rogers Stephens, et al. v. Merck & Co., Inc. | 06-296 |
| FLS 1 05-22914 | Eunice Nelson v. Merck & Co., Inc. | 06-297 |
| FLS 1 05-22918 | Richard Strickland v. Merck & Co., Inc. | 06-298 |
| FLS 9 05-81045 | Richard Chevlin v. Merck & Co., Inc. | 06-299 |
| **IOWA SOUTHERN** | | |
| IAS 4 05-616 | Marilyn A. Blakeman v. Merck & Co., Inc. | 06-300 |
| **IDAHO** | | |
| ID 1 05-479 | Frank Bowers v. Merck & Co., Inc. | 06-301 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-6453 | Milton Fields, etc. v. Merck & Co., Inc., et al. | 06-302 |
| ILN 1 05-6565 | Jerry Baldwin v. Merck & Co., Inc. | 06-303 |

SCHEDULE CTO-36 TAG-ALONG ACTIONS (MDL-1657)    PAGE 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **ILLINOIS SOUTHERN** | | |
| ILS 3 05-830 | Isabelle Burnett, etc. v. Merck & Co., Inc. | 06-304 |
| **LOUISIANA WESTERN** | | |
| LAW 2 05-1769 | Joyce Rodgers v. Merck & Co., Inc. | 06-305 |
| LAW 2 05-2013 | Ben V. Richard, et al. v. Merck & Co., Inc. | 06-306 |
| **MINNESOTA** | | |
| MN 0 05-2552 | Patti Donahue, etc. v. Merck & Co., Inc. | 06-307 |
| MN 0 05-2639 | Judy Sue Bryson, etc. v. Merck & Co., Inc. | 06-308 |
| MN 0 05-2650 | Charlotte Duncan, etc. v. Merck & Co., Inc. | 06-309 |
| MN 0 05-2660 | Lenore Brunsvold, et al. v. Merck & Co., Inc. | 06-310 |
| MN 0 05-2662 | Glen W. Miller v. Merck & Co., Inc. | 06-311 |
| MN 0 05-2687 | Vincent Brown v. Merck & Co., Inc. | 06-312 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 05-1745~~ | ~~Alene Schwent, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/20/06 | |
| MOE 4 05-2165 | Dorothy Taylor v. Merck & Co., Inc. | 06-313 |
| ~~MOE 4 05-2225~~ | ~~Joy Cora v. Merck & Co., Inc., et al.~~ Opposed 1/20/06 | |
| **MISSOURI WESTERN** | | |
| MOW 4 05-1176 | Doris Goodell v. Merck & Co., Inc. | 06-314 |
| MOW 4 05-1177 | Leroy Anthony Booker v. Merck & Co., Inc. | 06-315 |
| MOW 4 05-1178 | Ruth Ann Gunn v. Merck & Co., Inc. | 06-316 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 05-298 | Rose Roberts v. Merck & Co., Inc., et al. | 06-317 |
| MSN 1 05-299 | Nevary Hickman v. Merck & Co., Inc., et al. | 06-318 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 05-562 | Barbara Ralston, et al. v. Merck & Co., Inc. | 06-319 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 4 05-139 | Larry Ray Southard v. Merck & Co., Inc. | 06-320 |
| **NEW YORK EASTERN** | | |
| NYE 1 05-5152 | James K. Schnepf, et al. v. Merck & Co., Inc. | 06-321 |
| NYE 1 05-5230 | Yvonne Wilson, et al. v. Merck & Co., Inc. | 06-322 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-9702 | Iris Hauser, et al. v. Merck & Co., Inc. | 06-323 |
| **NEW YORK WESTERN** | | |
| ~~NYW 6 05-6622~~ | ~~Marc T. Malkiewicz, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW 6 05-6635~~ | ~~Brian Miskho, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW 6 05-6645~~ | ~~Carolyn Reed, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW 6 05-6646~~ | ~~Donald Becker, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| ~~NYW 6 05-6655~~ | ~~Maryanne Lopiccolo, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/24/06 | |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 05-666 | Donald E. Prewitt, et al. v. Merck & Co., Inc., et al. | 06-324 |

SCHEDULE CTO-36 TAG-ALONG ACTIONS (MDL-1657)　　　　　　　　　　PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC L/3 |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-5881 | William Maas, et al. v. Merck & Co., Inc., et al. | 06-325 |
| PAE 2 05-5984 | Michael Whitehead, etc. v. Merck & Co., Inc. | 06-326 |
| PAE 2 05-6069 | George S. Schneikart, et al. v. Merck & Co., Inc. | 06-327 |
| PAE 2 05-6080 | Sarah Shirley Dragani v. Merck & Co., Inc. | 06-328 |
| PAE 2 05-6142 | Agnes Pettinichio, et al. v. Merck & Co., Inc. | 06-329 |
| **TENNESSEE EASTERN** | | |
| TNE 2 05-299 | Mary L. Bell v. Merck & Co., Inc. | 06-330 |
| TNE 2 05-300 | Lillian R. Cody v. Merck & Co., Inc. | 06-331 |
| **TEXAS EASTERN** | | |
| TXE 1 05-774 | Kathy Howard v. Merck & Co., Inc. | 06-332 |
| **TEXAS SOUTHERN** | | |
| TXS 4 05-3363 | Marjoria Eubank Davis, et al. v. Merck & Co., Inc. | 06-333 |
| TXS 4 05-3942 | Ira J. Wilson v. Merck & Co., Inc., et al. | 06-334 |
| TXS 4 05-3949 | Joe Aaron Jones v. Merck & Co., Inc. | 06-335 |

DIST. DIV. C.A. #　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDLA SEC L/3